**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**ZACHARY HILTON,**

       Plaintiff,                      **Civil Action No. 2:17cv274**

v.

**PORCH.COM AND MATTHEW EHRLICHMAN,**

       Defendants.

**DEFENDANTS' MOTION PURSUANT TO FED. R. CIV. P. 12 (b)(6) TO DISMISS FACTUALLY UNSUPPORTED CLAIMS INCONSISTENT WITH SUPREME COURT PRECEDENT IN <u>TWOMBLY</u> AND <u>IQBAL</u>, AND MOTION PURSUANT TO FED. R. CIV. P. 12(f) TO STRIKE IMPROPER PORTIONS OF PLAINTIFF'S COMPLAINT**

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 8, 2017, in the Pittsburgh Division of this court located at the Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219, Defendants Porch.com and Matthew Ehrlichman ("Defendants") move this Court for dismissal in favor of Defendants and against Plaintiff, Zachary Hilton ("Hilton"), as to Hilton's factually unsupported claims in his Complaint, and strike as to improper portions of Hilton's Complaint. This motion is made upon the grounds that Plaintiff Hilton's claims are factually unsupported, and portions of his Complaint are improper. This Court should rule in favor of Defendants as to the law governing proper pleading standards.

This motion is based upon this Notice and the Brief in Support of the Motion, which is served and filed contemporaneously herewith, and such other and further matters as may properly be brought before the Court.

1

Date: March 8, 2017                              Respectfully submitted,

                                                 By: /s/ Eric Lopez Schnabel
                                                     Eric Lopez Schnabel, PA#84921
                                                     Dorsey & Whitney (Delaware) LLP
                                                     300 Delaware Avenue
                                                     Suite 1010
                                                     Wilmington, DE  19801
                                                     (302) 425-7171
                                                     (302) 425-7177

                                                     Michael Droke, WSBA#25972
                                                     Jasmine Hui, WSBA#49964
                                                     Dorsey & Whitney LLP
                                                     Columbia Center
                                                     701 Fifth Avenue, Suite 6100
                                                     Seattle, WA 98104-7043
                                                     (206) 903-8800
                                                     (206) 903-8820

                                                     *Counsel to Porch.com and Matthew Ehrlichman*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was been served upon the following party via FedEx, this 8th day of March, 2017.

James W. Southworth, Esq.
Dickie, McCamey & Chilcote, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

By: /s/ Eric Lopez Schnabel_____
Eric Lopez Schnabel, PA#84921
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801
(302) 425-7171
(302) 425-7177